Thomas E. Dvorak (ted@givenspursley.com, ISB# 5043)
Justin M. Fredin (justinfredin@givenspursley.com, ISB# 7921)
GIVENS PURSLEY LLP
601 W. Bannock St.
Post Office Box 2720
Boise, Idaho  83701-2720
Telephone:  208-388-1200
Facsimile:  208-388-1300
1016245_1  (10273-2_

Attorneys for Plaintiff Twin City Foods, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN CITY FOODS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY f/k/a BURLINGTON NORTHERN RAILROAD COMPANY, a Delaware company, CAMAS PRAIRIE RAILNET, INC., a Delaware corporation, UNION PACIFIC RAILROAD COMPANY, a Delaware company, CITIBANK, N.A., a New York corporation, MORGAN GUARANTY TRUST COMPANY, a New York corporation, BARTLETT FORD, an individual, LAURA ROBERSON, an individual JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No. CV 10-422-C-BLW<br><br>**STIPULATION RESOLVING CASE AS BETWEEN BNSF RAILWAY COMPANY AND PLAINTIFF** |

COME NOW Plaintiff, Twin City Foods, Inc. ("Twin City Foods"), by and through its

attorneys of record, Givens Pursley LLP, and Defendant BNSF Railway Company, by and

through its attorneys of record, Paine Hamblen, LLP, and hereby stipulate and agree to the entry of an order in the form attached hereto as Exhibit A.

DATED this _____ day of November, 2010.

GIVENS PURSLEY LLP

/s/ Thomas E. Dvorak
Thomas E. Dvorak
Justin M. Fredin
Attorneys for Twin City Foods, Inc.

PAINE HAMBLEN LLP

/s/ Janet D. Robnett
Janet D. Robnett
Attorneys for BNSF Railway Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 29th day of November, 2010, I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

Janet D Robnett          janet.robnett@painehamblen.com

/s/ Thomas E. Dvorak
Thomas E. Dvorak