Thomas E. Dvorak (ted@givenspursley.com, ISB# 5043)
Justin M. Fredin (justinfredin@givenspursley.com, ISB# 7921)
GIVENS PURSLEY LLP
601 W. Bannock St.
Post Office Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
1026380_1 (10273-2)

Attorneys for Plaintiff Twin City Foods, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN CITY FOODS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY f/k/a BURLINGTON NORTHERN RAILROAD COMPANY, a Delaware company, CAMAS PRAIRIE RAILNET, INC., a Delaware corporation, UNION PACIFIC RAILROAD COMPANY, a Delaware company, CITIBANK, N.A., a New York corporation, MORGAN GUARANTY TRUST COMPANY, a New York corporation, BARTLETT FORD, an individual, LAURA ROBERSON, an individual JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No. CV 10-422-C-BLW<br><br>**AMENDED STIPULATION RESOLVING CASE AS BETWEEN BNSF RAILWAY COMPANY AND PLAINTIFF** |

COME NOW Plaintiff, Twin City Foods, Inc. ("Twin City Foods"), by and through its attorneys of record, Givens Pursley LLP, and Defendant BNSF Railway Company, by and

through its attorneys of record, Paine Hamblen, LLP, hereby stipulate and agree to the entry of a Corrected Order in the form attached hereto as Exhibit A, for reasons set forth below.

On November 29, 2010, Plaintiff filed a Stipulation Resolving Case As Between BNSF and Plaintiff (Docket #35) and moved this Court for an entry of Order regarding same. Inadvertently, Plaintiff submitted an earlier version of the Order that had not been approved by Defendant BNSF Railway. The Corrected Order contains the language agreed to previously as well as additional language explaining that it corrects and replaces the prior Order.

DATED this 2nd day of December, 2010.

GIVENS PURSLEY LLP

/s/ Thomas E. Dvorak
Thomas E. Dvorak
Justin M. Fredin
Attorneys for Twin City Foods, Inc.

PAINE HAMBLEN LLP

/s/ Janet D. Robnett
Janet D. Robnett
Attorneys for BNSF Railway Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 2nd day of December, 2010, I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

Janet D Robnett janet.robnett@painehamblen.com

/s/ Thomas E. Dvorak
Thomas E. Dvorak

# EXHIBIT A

Thomas E. Dvorak (ted@givenspursley.com, ISB# 5043)
Justin M. Fredin (justinfredin@givenspursley.com, ISB# 7921)
GIVENS PURSLEY LLP
601 W. Bannock St.
Post Office Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300
1027353_1

Attorneys for Plaintiff Twin City Foods, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN CITY FOODS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY f/k/a BURLINGTON NORTHERN RAILROAD COMPANY, a Delaware company, CAMAS PRAIRIE RAILNET, INC., a Delaware corporation, UNION PACIFIC RAILROAD COMPANY, a Delaware company, CITIBANK, N.A., a New York corporation, MORGAN GUARANTY TRUST COMPANY, a New York corporation, BARTLETT FORD, an individual, LAURA ROBERSON, an individual JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No. CV 10-422-C-BLW<br><br>**CORRECTED ORDER RESOLVING CASE AS BETWEEN BNSF RAILWAY COMPANY AND PLAINTIFF** |

Based on the Amended Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. BNSF Railway Company ("BNSF") has no right, title or interest to that certain property described on Exhibit "A" hereto;

2. BNSF makes no objection to, and will make no objection to, this Court entering a judgment and decree quieting title in the property described on Exhibit "A" in the name of Twin City Foods, Inc. ("Twin City");

3. BNSF may be and is hereby dismissed immediately as a Defendant in this case and is under no obligation to take part in any further proceedings in this case, and as between Twin City and BNSF, this is a dismissal with prejudice;

4. As between Twin City and BNSF, each party will bear its own costs and attorneys' fees incurred, and BNSF will have no liability for any damages, costs, or fees incurred or alleged in this matter. In addition, any mortgagee named herein claiming by, through, or under BNSF, including but not limited to Citibank, N.A. and Morgan Guaranty Trust Company, shall have no liability for any monetary damages, costs or fees incurred or alleged in this matter in the event judgment is entered against any such mortgagees by default;

5. A copy of this Corrected Order may be recorded in the real property records by Plaintiff and once so recorded shall serve as *prima facie* evidence of each and every fact recited herein;

6. The prior Order entered on November 30, 2010 with regard to Twin City and BNSF is hereby replaced and superseded by this Corrected Order.

ORDERED this _____ day of December, 2010.

APPROVED AS TO FORM:

/s/ Thomas E. Dvorak
Thomas E. Dvorak
Givens Pursley LLP
Attorneys for Twin City Foods, Inc.

/s/ Janet D. Robnett
Janet D. Robnett
Paine Hamblen LLP
Attorneys for BNSF Railway Company

EXHIBIT A

Twin City Foods Boundary: [illegible]

That part of Blocks 1-6 of the North portion of the Original City of Lewiston and of Section 36 of Township 36 North, Range 6 West, B.M., Nez Perce County, Idaho, more particularly described as follows: Commencing at the monument at the intersection of 2nd Street and "B" Street; thence N.3°30'E., 20.00 feet to the true place of beginning; thence S.86°54'E., 229.96 feet; thence N.3°30'E., 117.72 feet (record distance 117.88 feet); thence S.86°46'09"E., 326.41 feet; thence N.3°30'E., 34.93 feet; thence S.86°30'E., 30.00 feet; thence S.3°30'W., 34.79 feet; thence S.86°46'09"E., 212.40 feet to a point on the West right-of-way line of 5th Street; thence N.2°16'15"E. along said right-of-way line a distance of 233.85 feet; thence N.86°54'W., 242.57 feet; thence N.3°30'E., 22.76 feet; thence N.61°23'W., 26.58 feet; thence N.1°31'W., 17.09 feet to a point on the G.T.L. line; thence S.89°37'40"W. along said G.T.L. line a distance of 1027.75 feet to an iron pin; thence S.80°31'W., 47.90 feet; thence S.48°17'57"W., 251.91 feet; thence S.1°49'29"W., 19.14 feet to G.T.L. monument # 1230-14; thence S.2°24'17"W. along the G.T.L. line a distance of 182.10 feet to monument # 1230-13; thence S.86°06'25"E. along said G.T.L. line a distance of 150.04 feet; thence S.3°54'15"W. along said G.T.L. line a distance of 50.03 feet to monument # 1230-1; thence S.58°20'15"E. along said G.T.L. line a distance of 191.04 feet; thence N.21°13'42"E., 38.72 feet; thence N.38°38'29"E., 139.05 feet; thence N.3°30'E., 81.62 feet; thence S.85°13'E., 50.17 feet; thence S.3°30'W., 40.22 feet; thence S.86°54'E., 219.80 feet; thence N.3°30'E., 3.50 feet; thence S.86°54'E., 40.04 feet to the true place of beginning, containing 11.65 acres.

SUBJECT to easements and right-of-ways of record.