Thomas E. Dvorak (ted@givenspursley.com, ISB# 5043)
Justin M. Fredin (justinfredin@givenspursley.com, ISB# 7921)
GIVENS PURSLEY LLP
601 W. Bannock St.
Post Office Box 2720
Boise, Idaho 83701-2720
Telephone: 208-388-1200
Facsimile: 208-388-1300

Attorneys for Plaintiff Twin City Foods, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TWIN CITY FOODS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY f/k/a BURLINGTON NORTHERN RAILROAD COMPANY, a Delaware company, CAMAS PRAIRIE RAILNET, INC., a Delaware corporation, UNION PACIFIC RAILROAD COMPANY, a Delaware company, CITIBANK, N.A., a New York corporation, MORGAN GUARANTY TRUST COMPANY, a New York corporation, BARTLETT FORD, an individual, LAURA ROBERSON, an individual JOHN and JANE DOES 1-20,<br><br>Defendants. | Case No. CV 10-422-C-BLW<br><br>**STIPULATION FOR DISMISSAL OF CAMAS PRAIRIE RAILNET, INC.** |

COMES NOW Plaintiff, Twin City Foods, Inc. ("Twin City Foods"), through its attorneys of record, Givens Pursley LLP, and Defendant Camas Prairie RailNet, Inc. ("Camas Prairie"), through its attorneys of record, Andrew C. Engeman, and hereby stipulate to the entry of an order of dismissal of Camas Prairie in the above captioned matter as follows:

1. Camas Prairie presently has no right, title or interest to that certain property described on Exhibit "A" hereto.

2. Camas Prairie makes no objection to and will make no objection in the future to the Court entering a judgment and decree quieting title in the property described on Exhibit "A" in the name of Twin City Foods.

3. Twin City Foods' Amended Complaint as against Camas Prairie shall be dismissed without prejudice.

4. As between Twin City and Camas Prairie, each party shall bear its own respective attorney fees and costs.

DATED this 5th day of January, 2011.

GIVENS PURSLEY LLP

_____
Thomas E. Dvorak
Justin M. Fredin
Attorneys for Twin City Foods, Inc.

**STIPULATION FOR DISMISSAL OF CAMAS PRAIRIE RAILNET, INC.**   - 2 -

Camas Prarie RailNet, Inc., a Delaware
corporation

By: *Andrew C. Engeman*
Its: GENERAL COUNSEL - OMNITRAX, INC.

APPROVED AS TO FORM:

*Andrew C. Engeman*
Andrew C. Engeman
Attorney for Camas Prairie RailNet, Inc.

Exhibit A

Litigation Guarantee
Form No. 110-1282 (Rev. 3/31/04)
1100041P129500

Guarantee No.: 289786-LW
Page No.: 10

### Exhibit "A"

Real property in the County of Nez Perce, State of Idaho, described as follows:

PARCEL 1:

COMMENCING AT THE SOUTHEAST CORNER OF BLOCK 2 OF THE ORIGINAL CITY OF LEWISTON, NEZ PERCE COUNTY, IDAHO; THENCE SOUTH 64°55' WEST A DISTANCE OF 109.35 FEET TO A POINT; THENCE NORTH 85°13' WEST A DISTANCE OF 101.41 FEET TO A POINT, WHICH IS THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID COURSE A DISTANCE OF 42.09 FEET; THENCE NORTH 51°27' WEST A DISTANCE OF 110.75 FEET; THENCE NORTH 1°33' EAST A DISTANCE OF 188.00 FEET; THENCE NORTH 58°38' EAST A DISTANCE OF 150.24 FEET; THENCE SOUTH 85°13' EAST A DISTANCE OF 42.52 FEET; THENCE SOUTH 8°00' WEST A DISTANCE OF 338.54 FEET ALONG THE MEANDERLINE TO THE POINT OF BEGINNING.

PARCEL 2:

COMMENCING AT THE SOUTHEAST CORNER OF BLOCK 2 OF THE ORIGINAL CITY OF LEWISTON, NEZ PERCE COUNTY, IDAHO, WHICH IS THE TRUE POINT OF BEGINNING; THENCE SOUTH 64°55' WEST A DISTANCE OF 109.35 FEET; THENCE NORTH 85°13' WEST A DISTANCE OF 101.41 FEET TO A POINT ON THE MEANDERLINE; THENCE NORTH 8°00' EAST ALONG SAID MEANDERLINE A DISTANCE OF 338.54 FEET; THENCE SOUTH 85°13' EAST A DISTANCE OF 99.23 FEET; THENCE SOUTH 66°12' EAST A DISTANCE OF 119.10 FEET; THENCE SOUTH 3°32' WEST A DISTANCE OF 5.33 FEET; THENCE SOUTH 86°28' EAST A DISTANCE OF 34.10 FEET; THENCE SOUTH 4°47' WEST A DISTANCE OF 29.15 FEET; THENCE SOUTH 85°13' EAST A DISTANCE OF 302.06 FEET; THENCE SOUTH 4°47' WEST A DISTANCE OF 98.00 FEET; THENCE NORTH 85°13' WEST A DISTANCE OF 228.90 FEET; THENCE SOUTH 4°47' WEST A DISTANCE OF 36.80 FEET; THENCE NORTH 85°13' WEST A DISTANCE OF 23.06 FEET; THENCE SOUTH 4°47' WEST A DISTANCE OF 76.50 FEET; THENCE NORTH 85°13' WEST A DISTANCE OF 118.96 FEET TO THE POINT OF BEGINNING.

PARCEL 3:

COMMENCING AT THE MONUMENT MARKING THE POINT OF INTERSECTION OF THE CENTERLINES OF "B" STREET AND THIRD STREET; THENCE NORTH 86°54'40" WEST A DISTANCE OF 191.62 FEET ALONG THE SAID CENTERLINE OF "B" STREET; THENCE NORTH 3°30' EAST A DISTANCE OF 112.42 FEET TO THE POINT OF BEGINNING; THENCE NORTH 85°13' WEST A DISTANCE OF 267.54 FEET; THENCE NORTH 4°47' EAST A DISTANCE OF 32.40 FEET; THENCE NORTH 85°13' WEST A DISTANCE OF 10.00 FEET; THENCE NORTH 4°47' EAST A DISTANCE OF 15.00 FEET; THENCE SOUTH 85°13' EAST A DISTANCE OF 236.20 FEET; THENCE 4°47' EAST A DISTANCE OF 97.50 FEET; THENCE NORTH 85°13' WEST A DISTANCE OF 300.20 FEET; THENCE 4°47' EAST A DISTANCE OF 36.50 FEET; THENCE SOUTH 85°13' EAST A DISTANCE OF 150.00 FEET; THENCE NORTH 3°30' EAST A DISTANCE OF 84.01 FEET TO A POINT ON THE U.S.C.E. RESERVATION LINE; THENCE NORTH 89°35'40" EAST, 187.86 FEET ALONG SAID RESERVATION LINE; THENCE SOUTH 3°30' WEST A DISTANCE OF 282.45 FEET ALONG A LINE PARALLEL TO AND 12.5 FEET WEST OF THE LINE COMMON TO LOTS 14 AND 15 OF AN OLD RAILROAD MAP SUBDIVISION TO THE POINT OF BEGINNING.

PARCEL 4:

A TRACT OF LAND LYING IN LOWER GRANITE TRACT 1235 OF SECTION 36, TOWNSHIP 36

Litigation Guarantee
Form No. 110-1282 (Rev. 3/31/04)
1100041P129500

Guarantee No.: 289786-LW
Page No.: 11

NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, NEZ PERCE COUNTY, IDAHO, SAID TRACT OF LAND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE BRASS CAP MONUMENT AT THE INTERSECTION OF THIRD STREET AND "B" STREET; THENCE NORTH 64°25'17" WEST A DISTANCE OF 855.00 FEET TO THE POINT OF BEGINNING, SAID POINT BEING MARKED BY A ½" IRON PIN AND BEING G.T.L. POINT #1235-16; THENCE SOUTH 48°08'28" WEST ALONG THE EXISTING G.T.L., 305.76 FEET TO THE BRASS CAP MONUMENT ON SAID LINE AND BEING G.T.L. POINT #1235-14; THENCE NORTH 0°25'57" WEST A DISTANCE OF 19.14 FEET; THENCE NORTH 46°02'31" EAST A DISTANCE OF 251.91 FEET; THENCE NORTH 77°49'37" EAST A DISTANCE OF 47.61 FEET TO THE POINT OF BEGINNING.

PARCEL 5:

ALL THAT PORTION OF VACATED FIRST STREET, VACATED BY ORDINANCE NO. 2268 RECORDED JANUARY 31, 1973 AS INSTRUMENT NO. 365333, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF BLOCK 2 OF THE ORIGINAL CITY OF LEWISTON, ACCORDING TO THE RECORDED PLAT THEREOF, WHICH IS THE TRUE POINT OF BEGINNING; THENCE NORTH 3°32' EAST ALONG THE WEST LINE OF FIRST STREET A DISTANCE OF 265 FEET, MORE OR LESS, TO A POINT WHICH IS THE INTERSECTION OF THE NORTH LINE OF SEABROOK FARMS, INC., AND THE WEST LINE OF FIRST STREET; THENCE SOUTH 66°12' EAST ALONG SAID PROPERTY LINE EXTENDED TO AN IRON PIPE ON THE EAST LINE OF FIRST STREET A DISTANCE OF 85.19 FEET; THENCE SOUTH 3°32' WEST ALONG THE EAST LINE OF FIRST STREET A DISTANCE OF 234 FEET, MORE OR LESS, TO "C" LINE INDICATED ON THE PLAT AND THE RECORDED DESCRIPTION; THENCE NORTH 85°13' WEST A DISTANCE OF 80.02 FEET TO THE POINT OF BEGINNING.

ALSO ALL THAT PART OF VACATED "A" STREET, VACATED BY ORDINANCE NO. 2268 RECORDED JANUARY 31, 1973 AS INSTRUMENT NO. 365333, LYING WEST OF THE WEST LINE OF FIRST STREET OF THE ORIGINAL CITY OF LEWISTON, NEZ PERCE COUNTY, IDAHO.

ALSO ALL THAT PORTION OF VACATED 2ND STREET AND VACATED "A" STREET, VACATED BY ORDINANCE NO. 2268 RECORDED JANUARY 31, 1973 AS INSTRUMENT NO. 365333, DESCRIBED AS FOLLOWS:
COMMENCING AT THE SOUTHEAST CORNER OF BLOCK 2 OF THE ORIGINAL CITY OF LEWISTON, ACCORDING TO THE RECORDED PLAT THEREOF; THENCE SOUTH 85°13' EAST A DISTANCE OF 280.06 FEET TO THE WEST LINE OF 2ND STREET; THENCE NORTH 3°34' EAST ALONG THE WEST LINE OF 2ND STREET A DISTANCE OF 113.3 FEET TO THE SOUTH PROPERTY LINE OF SEABROOK FARMS, INC., WHICH IS THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID COURSE A DISTANCE OF 87.0 FEET MORE OR LESS TO THE SOUTH LINE OF "A" STREET; THENCE NORTH 86°58' WEST ALONG THE SOUTH LINE OF "A" STREET A DISTANCE OF 202 FEET MORE OR LESS TO THE EAST LINE OF 1ST STREET; THENCE NORTH 3°34' EAST ALONG THE EAST LINE OF 1ST STREET A DISTANCE OF 18 FEET MORE OR LESS; THENCE SOUTH 86°58' EAST A DISTANCE OF 280 FEET MORE OR LESS TO THE EAST LINE OF 2ND STREET; THENCE SOUTH 3°34' WEST ALONG THE EAST LINE OF 2ND STREET A DISTANCE OF 105 FEET MORE OR LESS TO THE SEABROOK FARMS SOUTH PROPERTY LINE; THENCE NORTH 85°13' WEST ALONG SAID PROPERTY LINE TO THE POINT OF BEGINNING.

PARCEL 6:

A PARCEL OF LAND LOCATED IN BLOCK 6 OF THE NORTH PORTION OF THE ORIGINAL CITY OF LEWISTON PLAT, RECORDS OF NEZ PERCE COUNTY, IDAHO, BEING IN SECTION 36, TOWNSHIP 36 NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, IN THE CITY OF LEWISTON, COUNTY OF NEZ PERCE, IDAHO, AND MORE PARTICULARLY DESCRIBED AS

Litigation Guarantee
Form No. 110-1282 (Rev. 3/31/04)
1100041P129500

Guarantee No.: 289786-LW
Page No.: 12

FOLLOWS:

COMMENCING AT THE INTERSECTION OF 5TH STREET AND "B" STREET; THENCE NORTH 02°16'15" EAST ALONG THE CENTERLINE OF 5TH STREET A DISTANCE OF 173.03 FEET; THENCE NORTH 87°43'45" WEST AND A DISTANCE OF 40.00 FEET TO THE WEST RIGHT OF WAY OF 5TH STREET, SAID POINT BEING THE TRUE POINT OF BEGINNING; THENCE NORTH 86°46'09" WEST AND PARALLEL WITH THE EXISTING RAILROAD TRACK A DISTANCE OF 212.40 FEET, SAID LINE ALSO BEING 30.00 FEET NORTH OF SAID RAILROAD TRACKS; THENCE NORTH 03°30'00" EAST A DISTANCE OF 34.79 FEET TO THE NORTHEAST CORNER OF LEGAL DESCRIPTION OF THE EXISTING WELL SIGHT FOR THE CITY OF LEWISTON, PER LEGAL DESCRIPTION ON FILE, DATED 1-1-1946, OFFICE OF THE CITY ENGINEER; THENCE NORTH 86°30'00" WEST A DISTANCE OF 30.00 FEET TO THE NORTHWEST CORNER OF SAID LEGAL DESCRIPTION; THENCE SOUTH 03°30'00" WEST ALONG THE WEST LINE OF SAID LEGAL DESCRIPTION A DISTANCE OF 34.93 FEET TO THE SOUTHWEST CORNER OF SAID LEGAL DESCRIPTION; THENCE NORTH 86°46'09" WEST A DISTANCE OF 5.18 FEET; THENCE NORTH 03°30'00" EAST ALONG THE EXISTING FENCE LINE A DISTANCE OF 233.27 FEET TO A FENCE LINE RUNNING TO THE EAST; THENCE SOUTH 86°54'00" EAST AND PARALLEL WITH THE CENTERLINE OF "B" STREET A DISTANCE OF 242.57 FEET TO THE WEST RIGHT OF WAY LINE OF 5TH STREET; THENCE SOUTH 02°16'15" WEST AND PARALLEL WITH THE CENTERLINE OF 5TH STREET A DISTANCE OF 233.85 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 7:

A PARCEL OF LAND LOCATED IN PORTIONS OF BLOCK 4 AND BLOCK 5 OF THE NORTH PORTION OF THE ORIGINAL CITY OF LEWISTON PLAT, RECORDS OF NEZ PERCE COUNTY, IDAHO, BEING IN SECTION 36, TOWNSHIP 36 NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, IN THE CITY OF LEWISTON, COUNTY OF NEZ PERCE, IDAHO, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF 2ND STREET AND "B" STREET; THENCE NORTH 39°32'02" EAST A DISTANCE OF 171.77 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 03°30'00" EAST A DISTANCE OF 227.29 FEET TO THE SOUTH RIGHT OF WAY OF THE LEVEE BYPASS ROAD AS SHOWN BY FEDERAL AID PROJECT NO. TQM-7064(001), SHEET 10 OF 22 ON FILE AT THE CITY ENGINEERS OFFICE, LEWISTON, IDAHO; THENCE NORTH 89°34'43" EAST ALONG SAID SOUTH RIGHT OF WAY LINE OF THE LEVEE BYPASS ROAD A DISTANCE OF 451.09 FEET TO THE EXISTING FENCE LINE; THENCE SOUTH 03°30'00" WEST ALONG THE EXISTING FENCE LINE A DISTANCE OF 256.03 FEET TO A POINT BEING 30 FEET NORTH OF THE EXISTING RAILROAD TRACKS; THENCE NORTH 86°46'09" WEST A DISTANCE OF 450.14 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 8:

A PARCEL OF LAND LOCATED IN BLOCK 4 OF THE NORTH PORTION OF THE ORIGINAL CITY OF LEWISTON PLAT, RECORDS OF NEZ PERCE COUNTY, IDAHO, BEING IN SECTION 36, TOWNSHIP 36 NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, IN THE CITY OF LEWISTON, COUNTY OF NEZ PERCE, IDAHO, AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF 2ND STREET AND "B" STREET; THENCE NORTH 86°54'00" WEST ALONG THE CENTERLINE OF "B" STREET A DISTANCE OF 40.04 FEET; THENCE NORTH 3°30'00" EAST AND PARALLEL WITH THE CENTERLINE OF 2ND STREET A DISTANCE OF 22.50 FEET TO THE NORTH RIGHT OF WAY OF "B" STREET, SAID POINT BEING THE TRUE POINT OF BEGINNING; THENCE NORTH 86°54'00" WEST ALONG THE SAID NORTH RIGHT OF WAY LINE OF "B" STREET A DISTANCE OF 219.80 FEET TO THE EAST RIGHT OF

Litigation Guarantee
Form No. 110-1282 (Rev. 3/31/04)
1100041P129500

Guarantee No.: 289786-LW
Page No.: 13

WAY LINE OF 1ST STREET VACATED PER ORDINANCE 2268, RECORDS OF NEZ PERCE COUNTY, IDAHO; THENCE NORTH 3°30'00" EAST AND PARALLEL WITH THE CENTERLINE OF 1ST STREET A DISTANCE OF 44.53 FEET; THENCE SOUTH 86°54'00" EAST AND PARALLEL WITH THE CENTERLINE OF "B" STREET A DISTANCE OF 54.80 FEET; THENCE NORTH 3°30'00" EAST AND PARALLEL WITH THE CENTERLINE OF 2ND STREET A DISTANCE OF 46.00 FEET; THENCE SOUTH 86°54'00" EAST AND PARALLEL WITH THE CENTERLINE OF "B" STREET A DISTANCE OF 296.05 FEET TO THE WEST RIGHT OF WAY LINE OF 2ND STREET VACATED; THENCE NORTH 3°30'00" EAST A DISTANCE OF 31.17 FEET, THENCE SOUTH 86°46'09" EAST A DISTANCE OF 138.95 FEET; THENCE SOUTH 03°30'00" WEST A DISTANCE OF 117.88 FEET TO THE NORTH RIGHT OF WAY OF "B" STREET; THENCE NORTH 86°54'00" WEST ALONG THE NORTH RIGHT OF WAY A DISTANCE OF 270.00 FEET TO THE WEST RIGHT OF WAY LINE OF 2ND STREET; THENCE SOUTH 03°30'00" WEST ALONG THE WEST RIGHT OF WAY OF 2ND STREET A DISTANCE OF 3.50 FEET, SAID POINT BEING THE TRUE POINT OF BEGINNING.

PARCEL 9:

A PARCEL OF LAND LOCATED IN BLOCK 4 OF THE NORTH PORTION OF THE ORIGINAL CITY OF LEWISTON PLAT, RECORDS OF NEZ PERCE COUNTY, IDAHO, BEING IN SECTION 36, TOWNSHIP 36 NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, IN THE CITY OF LEWISTON, COUNTY OF NEZ PERCE, IDAHO, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF 2ND STREET AND "B" STREET; THENCE NORTH 86°54'00" WEST ALONG THE CENTERLINE OF "B" STREET A DISTANCE OF 280.00 FEET TO THE INTERSECTION OF 1ST STREET AND "B" STREET (CALC'D); THENCE SOUTH 03°30'00" WEST ALONG THE CENTERLINE OF 1ST STREET A DISTANCE OF 17.43 FEET; THENCE NORTH 86°54'00" WEST A DISTANCE OF 30.00 FEET, SAID POINT BEING THE TRUE POINT OF BEGINNING; THENCE NORTH 03°30'00" EAST A DISTANCE OF 89.89 FEET; THENCE SOUTH 68°25'09" WEST A DISTANCE OF 127.01 FEET; THENCE SOUTH 03°30'00" WEST A DISTANCE OF 150.00 FEET; THENCE SOUTH 86°54'00" EAST A DISTANCE OF 35.00 FEET; THENCE NORTH 38°38'29" EAST A DISTANCE OF 139.05 FEET TO THE TRUE POINT OF BEGINNING.

PARCEL 10

THAT PART OF BLOCKS 1, 2, AND 3 OF THE NORTH PORTION OF THE ORIGINAL CITY OF LEWISTON AND OF SECTION 36 OF TOWNSHIP 36 NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, NEZ PERCE COUNTY, IDAHO, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE MONUMENT AT THE INTERSECTION OF 2ND STREET AND "B" STREET; THENCE NORTH 51°03'19" WEST, 613.47 FEET TO AN IRON PIN ON THE G.T.L. LINE, SAID POINT BEING THE TRUE PLACE OF BEGINNING; THENCE NORTH 89°37'40" EAST (RECORD BEARS NORTH 89°36'36" EAST) ALONG THE G.T.L. LINE A DISTANCE OF 402.30 FEET; THENCE SOUTH 3°30' WEST, 84.28 FEET; THENCE NORTH 85°13' WEST, 150.00 FEET; THENCE SOUTH 4°47' WEST, 7.31 FEET; THENCE NORTH 86°28' WEST, 35.96 FEET; THENCE NORTH 3°32' EAST, 5.33 FEET; THENCE NORTH 66°12' WEST, 119.10 FEET; THENCE NORTH 85°13' WEST, 116.26 FEET TO A POINT ON THE G.T.L. LINE; THENCE SOUTH 50°29'04" WEST ALONG SAID G.T.L. LINE A DISTANCE OF 17.28 FEET TO THE TRUE PLACE OF BEGINNING.

PARCEL 11:

Litigation Guarantee
Form No. 110-1282 (Rev. 3/31/04)
1100041P129S00

Guarantee No.: 289786-LW
Page No.: 14

THAT PART OF BLOCK 2 OF THE NORTH PORTION OF THE ORIGINAL CITY OF LEWISTON, AND OF SECTION 36 OF TOWNSHIP 36 NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, NEZ PERCE COUNTY, IDAHO, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE MONUMENT AT THE INTERSECTION OF 2ND STREET AND "B" STREET; THENCE NORTH 75°00'16" WEST, 738.21 FEET TO G.T.L. MONUMENT #1235-14, SAID POINT BEING THE TRUE PLACE OF BEGINNING; THENCE SOUTH 2°24'17" WEST, ALONG THE G.T.L. LINE A DISTANCE OF 182.10 FEET TO MONUMENT #1230-13; THENCE SOUTH 86°06'25" EAST, ALONG SAID G.T.L. LINE A DISTANCE OF 150.04 FEET; THENCE SOUTH 3°54'15" WEST ALONG SAID G.T.L. LINE A DISTANCE OF 50.03 FEET TO MONUMENT #1230-1; THENCE SOUTH 58°20'15" EAST, ALONG SAID G.T.L. LINE A DISTANCE OF 191.04 FEET TO MONUMENT #1211-10-5; THENCE NORTH 21°13'42" EAST, 38.72 FEET; THENCE NORTH 86°54' WEST, 35.00 FEET; THENCE NORTH 3°30' EAST, 143.47 FEET; THENCE NORTH 85°13' WEST, 139.04 FEET; THENCE NORTH 51°27' WEST, 110.75 FEET; THENCE NORTH 1°33' EAST, 136.33 FEET TO A POINT ON THE G.T.L. LINE; THENCE SOUTH 50°29'04" WEST, ALONG SAID G.T.L. LINE A DISTANCE OF 87.62 FEET TO THE TRUE PLACE OF BEGINNING.

PARCEL 12:

THAT PART OF BLOCKS 4, 5, AND 6 OF THE NORTH PORTION OF THE ORIGINAL CITY OF LEWISTON AND OF SECTION 36 OF TOWNSHIP 36 NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, NEZ PERCE COUNTY, IDAHO, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE MONUMENT AT THE INTERSECTION OF 2ND STREET AND "B" STREET; THENCE NORTH 51°03'19" WEST, 613.47 FEET TO AN IRON PIN ON THE G.T.L. LINE; THENCE NORTH 89°37'40" EAST (RECORD BEARS NORTH 89°36'36" EAST) ALONG THE G.T.L. LINE A DISTANCE OF 590.15 FEET TO THE TRUE PLACE OF BEGINNING; THENCE CONTINUE NORTH 89°37'40" EAST ALONG SAID G.T.L. LINE A DISTANCE OF 437.60 FEET; THENCE SOUTH 1°31' EAST, 17.09 FEET; THENCE SOUTH 61°23' EAST, 26.58 FEET; THENCE SOUTH 89°34'53" WEST, 451.19 FEET; THENCE SOUTH 3°30' WEST, 227.15 FEET; THENCE NORTH 86°46' WEST, 12.03 FEET; THENCE NORTH 3°30' EAST, 256.79 FEET TO THE TRUE PLACE OF BEGINNING.

PARCEL 13:

THAT PART OF BLOCKS 3 AND 4 OF THE NORTH PORTION OF THE ORIGINAL CITY OF LEWISTON AND OF SECTION 36 OF TOWNSHIP 36 NORTH, RANGE 6 WEST OF THE BOISE MERIDIAN, NEZ PERCE COUNTY, IDAHO, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE MONUMENT AT THE INTERSECTION OF 2ND STREET AND "B" STREET; THENCE NORTH 59°15' WEST, 230.63 FEET TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 86°54' EAST, 296.05 FEET; THENCE NORTH 3°30' EAST, 5.29 FEET; THENCE NORTH 85°13' WEST, 269.52 FEET; THENCE NORTH 4°47' EAST, 32.40 FEET; THENCE NORTH 85°13' WEST, 3.53 FEET; THENCE SOUTH 4°47' WEST, 11.84 FEET; THENCE NORTH 85°13' WEST, 23.06 FEET; THENCE SOUTH 4°16' WEST, 34.55 FEET TO THE TRUE PLACE OF BEGINNING.

June 12, 2009

Twin City Foods Boundary:

That part of Blocks 1-6 of the North portion of the Original City of Lewiston and of Section 36 of Township 36 North, Range 6 West, B.M., Nez Perce County, Idaho, more particularly described as follows: Commencing at the monument at the intersection of 2nd Street and "B" Street; thence N.3°30'E., 20.00 feet to the true place of beginning; thence S.86°54'E., 229.96 feet; thence N.3°30'E., 117.72 feet (record distance 117.88 feet); thence S.86°46'09"E., 326.41 feet; thence N.3°30'E., 34.93 feet; thence S.86°30'E., 30.00 feet; thence S.3°30'W., 34.79 feet; thence S.86°46'09"E., 212.40 feet to a point on the West right-of-way line of 5th Street; thence N.2°16'15"E. along said right-of-way line a distance of 233.85 feet; thence N.86°54'W., 242.57 feet; thence N.3°30'E., 22.76 feet; thence N.61°23'W., 26.58 feet; thence N.1°31'W., 17.09 feet to a point on the G.T.L. line; thence S.89°37'40"W. along said G.T.L. line a distance of 1027.75 feet to an iron pin; thence S.80°31'W., 47.90 feet; thence S.48°17'57"W., 251.91 feet; thence S.1°49'29"W., 19.14 feet to G.T.L. monument # 1230-14; thence S.2°24'17"W. along the G.T.L. line a distance of 182.10 feet to monument # 1230-13; thence S.86°06'25"E. along said G.T.L. line a distance of 150.04 feet; thence S.3°54'15"W. along said G.T.L. line a distance of 50.03 feet to monument # 1230-1; thence S.58°20'15"E. along said G.T.L. line a distance of 191.04 feet; thence N.21°13'42"E., 38.72 feet; thence N.38°38'29"E., 139.05 feet; thence N.3°30'E., 81.62 feet; thence S.85°13'E., 50.17 feet; thence S.3°30'W., 40.22 feet; thence S.86°54'E., 219.80 feet; thence N.3°30'E., 3.50 feet; thence S.86°54'E., 40.04 feet to the true place of beginning, containing 11.65 acres.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 5th day of January, 2011, I submitted the foregoing to the Clerk of the Court for service on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing, including, but not limited to, the following:

| | |
|---|---|
| Janet D Robnett | janet.robnett@painehamblen.com |
| Reha Kamas | slccourtfilings@up.com |
| Andrew Engemen | AEngeman@omnitrax.com |

And via regular mail to:

Andrew C. Engemen, Counsel
Camas Prairie RailNet, Inc.
252 Clayton Street, Foruth Floor
Denver Colorado 80206

_____
Thomas E. Dvorak